ATTORNEY(S):
Index #: 24 CV 433
PURCHASED/FILED: May 3, 2024
STATE OF: New York
COURT: U.S. District
COUNTY/DISTRICT: Western Dist.

# AFFIDAVIT OF SERVICE

**FILED MAY 24 2024** — UNITED STATES DISTRICT COURT, MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY

JADA C. BEARD

Plaintiff(s)/Petitioner(s)

vs

TRACEY MASON IN HER OFFICIAL CAPACITY, CHIEF NURSING OFFICER, WNY CHILDRENS PSYCHIATRIC CENTER, ET ANO

Defendant(s)/Respondent(s)

STATE OF NEW YORK    COUNTY OF ALBANY

THOMAS WAINMAN, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on MAY 14, 2024 at 12:35 PM at 44 HOLLAND AVE., ALBANY, NY 12229 (Address where service was accomplished.) deponent did serve the following:

**SUMMONS IN A CIVIL ACTION & DISCRIMINATION COMPLAINT**

on: NYS OFFICE OF MENTAL HEALTH

Defendant (herein called recipient) therein named. , SS.:

**INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**CORP.** [x] A corporation, by delivering thereat a true copy of each to JESSE SNYDER personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be DEPUTY COUNSEL / AUTHORIZED AGENT thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

Previous attempts at personal service are as follows:
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**SUITABLE PERSON** [ ] By delivering a true copy of each to ___ a person of suitable age and discretion who agreed to accept on behalf of the party. Said premises is recipient's: [ ] dwelling house (usual place of abode). [ ] actual place of business

**AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**MAILING COPY** [ ] On ___ deponent completed service under the last two sections by depositing a copy of the above listed documents to the above address in a First Class postpaid properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. The outside of the envelope did not include a return address or indicate that the communication was from an attorney.

**DESCRIPTION** [x] (use with #1, 2 or 3) A description of the person served is as follows:
Sex MALE  Color of skin WHITE  Hair BLACK  Approx.Age 51 - 65 YRS.  Approx.Height 5' 9" - 6' 0"
Approx. weight 161 - 200 LBS  Other ___

**WIT. FEES** [ ] $___ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

**NON MIL** [x] To the best of my knowledge and belief, said person was not presently in military service of the United States Government or on active duty in the military service in the State of New York at the time of service.

Sworn to before me on this 15th day of May, 2024

NOTARY PUBLIC
YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2026

THOMAS WAINMAN

Invoice·Work Order # 2423515
Attorney File # Beard v. Mason

STATE OF NEW YORK
UNITED STATES DISTRICT COURT: WESTERN DIVISION

JADA C BEARD
321 KING PETERSON RD
BUFFALO, NY 14204

                      Plaintiff/Petitioner

vs

**Affidavit of Service**
**INDEX 24 CV 433**

TRACY MASON
WNY CHILDRENS PSYCHIATRIC CTR
1010 EAST & WEST ROAD
WEST SENECA, NY 14224

                      Defendant/Respondent

STATE OF NEW YORK
COUNTY OF ERIE       SS:

Randall C Siford, being duly sworn, deposes and says that he/she is over 18 years of age and not a party to this action; that on the 8th day of MAY, 2023 at approximately 2:35 PM deponent served the annexed: SUMMONS IN A CIVIL ACTION & DISCRIMINATION COMPLAINT on the Defendant, **TRACY MASON** named herein, in the following manner:

__X__    Individual: By delivering to and leaving with **TRACY MASON** said personally a true copy thereof, and that he knew the person so served to be the person mentioned and described in said: Affidavit of Service.

_____    Regular Mail:  Also, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York

Description: The person served would be described as approximately
        Years of Age – 32
        Height – 5'6"
        Sex – FEMALE
        Hair – BLONDE
        Skin – WHITE
        Weight – 130 lbs
        Eyes – Blue
        Other – Identified as **TRACY MASON**, THE DEFENDANT

To the best of my knowledge, information and belief, the said defendant at the service was not engaged in the military service of the United States.

                                                        _Randall C. Siford_

Sworn before me this
21st day of May 2024

_____, Notary Public

SAMANTHA BARONE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BA6394166
Qualified in Niagara County
Commission Expires July 01, 2027

STATE OF NEW YORK
UNITED STATES DISTRICT COURT: WESTERN DIVISION

JADA C BEARD
321 KING PETERSON RD
BUFFALO, NY 14204



Plaintiff/Petitioner

vs

**Affidavit of Service**
**INDEX 24 CV 433**

**WNY CHILDRENS PSYCHIATRIC CTR**
**1010 EAST & WEST ROAD**
**WEST SENECA, NY 14224**

Defendant/Respondent

STATE OF NEW YORK
COUNTY OF ERIE          SS:

Randall C Siford, being duly sworn, deposes and says that he/she is over 18 years of age and not a party to this action; that on the 8th day of MAY, 2023 at approximately 2:35 PM deponent served the annexed: SUMMONS IN A CIVIL ACTION & DISCRIMINATION COMPLAINT on the Defendant, **WNY CHILDRENS PSYCHIATRIC CTR** named herein, in the following manner:

__X__   Responsible Person: By delivering to and leaving with **TRACY MASON** said personally a true copy thereof, and that he knew the person so served to be the person mentioned and described in said: Affidavit of Service

_____   Regular Mail:  Also, in an official depository under the exclusive care and custody of the United States Post Office in the State of New York

Description: The person served would be described as approximately
    Years of Age – 32
    Height –5'6"
    Sex – FEMALE
    Hair –BLONDE
    Skin –WHITE
    Weight – 130 lbs
    Eyes – Blue
    Other – Identified as **TRACY MASON**, a person authorized to accept legal service of documents.

To the best of my knowledge, information and belief, the said defendant at the service was not engaged in the military service of the United States.

_Randall C Siford_

Sworn before me this
21st day of May 2024

_____, Notary Public

SAMANTHA BARONE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BA6394166
Qualified in Niagara County
Commission Expires July 01, 2027

# AFFIDAVIT OF SERVICE

Attorney(s):
Index #: 24 CV 433
Purchased/Filed: May 3, 2024
State of: New York
Court: U.S. District
County/District: Western Dist.

**FILED MAY 24 2024** — UNITED STATES DISTRICT COURT, MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY

JADA C. BEARD
Plaintiff(s)/Petitioner(s)

vs

TRACEY MASON IN HER OFFICIAL CAPACITY, CHIEF NURSING OFFICER, WNY CHILDRENS PSYCHIATRIC CENTER, ET ANO
Defendant(s)/Respondent(s)

---

STATE OF NEW YORK   COUNTY OF ALBANY

THOMAS WAINMAN, being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on MAY 14, 2024 at 12:35 PM at 44 HOLLAND AVE., ALBANY, NY 12229 (Address where service was accomplished.) deponent did serve the following:

**SUMMONS IN A CIVIL ACTION & DISCRIMINATION COMPLAINT**

on: ANN MARIE SULLIVAN COMMISSIONER OF NYS OFFICE OF MENTAL HEALTH
Defendant (herein called recipient) therein named., SS.:

INDIVIDUAL [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

CORP. [x] A corporation, by delivering thereat a true copy of each to JESSE SNYDER personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be DEPUTY COUNSEL / AUTHORIZED AGENT thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

Previous attempts at personal service are as follows:
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

SUITABLE PERSON [ ] By delivering a true copy of each to _____ a person of suitable age and discretion who agreed to accept on behalf of the party.. Said premises is recipient's: [ ] dwelling house (usual place of abode). [ ] actual place of business

AFFIXING TO DOOR [ ] By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

MAILING COPY [ ] On _____ deponent completed service under the last two sections by depositing a copy of the above listed documents to the above address in a First Class postpaid properly addressed plain envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. The outside of the envelope did not include a return address or indicate that the communication was from an attorney.

DESCRIPTION [x] (use with #1, 2 or 3) A description of the person served is as follows:
Sex MALE Color of skin WHITE Hair BLACK Approx.Age 51 - 65 YRS. Approx.Height 5' 9" - 6' 0"
Approx. weight 161 - 200 LBS Other _____

WIT. FEES [ ] $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

NON MIL [x] To the best of my knowledge and belief, said person was not presently in military service of the United States Government or on active duty in the military service in the State of New York at the time of service.

Sworn to before me on this
15th day of May, 2024

*(signature)*
NOTARY PUBLIC
YVONNE STRAIN
NOTARY PUBLIC, State of New York
01ST6314054, Schenectady
Commission Expires November 3, 2026

*(signature)*
THOMAS WAINMAN

Invoice·Work Order # 2423517
Attorney File # Beard v. Mason