UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



JADA C. BEARD,

     Plaintiff,

v.

24-CV-433 (JLS) (MJR)

STATE OF NEW YORK;
TRACEY MASON, *in her official and
individual capacities*;
NEW YORK STATE OFFICE OF
MENTAL HEALTH;
WESTERN NEW YORK CHILDREN'S
PSYCHIATRIC CENTER;
AMERICAN NURSES ASSOCIATION,
INC.;
AMERICAN NURSES ASSOCIATION–
NEW YORK, INC.;
MAXIM HEALTHCARE SERVICES,
INC.; and AMERGIS HEALTHCARE
STAFFING F/K/A MAXIM
HEALTHCARE STAFFING,[1]

     Defendants.

## DECISION AND ORDER

Plaintiff Jada C. Beard commenced this action on May 3, 2024. Dkt. 1. The

Third Amended Complaint, filed on January 16, 2026, is the operative complaint. *See*

Dkt. 96. Plaintiff asserts discrimination claims under various federal and state laws.

*See id.* The case has been referred to United States Magistrate Judge Michael J.

Roemer for all proceedings under 28 U.S.C. §§ 636(b)(1)(A), (B), and (C). Dkt. 25.

---

[1] The Clerk of Court is directed to amend the caption as provided herein.

Before the Court is Judge Roemer's Report and Recommendation ("R&R"), Dkt. 127, which addresses: (1) a motion to dismiss by American Nurses Association, Inc. ("ANA") (Dkt 98); and (2) a motion to dismiss by American Nurses Association–New York, Inc. ("ANA–NY") (Dkt. 104).

On February 4, 2026, ANA moved to dismiss the Third Amended Complaint under Fed. R. Civ. P. 12(b)(6). Dkt. 98. Plaintiff opposed the motion, Dkt. 113, and ANA replied. Dkt. 123. ANA–NY moved to dismiss the Third Amended Complaint on February 10, 2026 under Fed. R. Civ. P. 12(b)(1) and 12(b)(6). Dkt 104. Plaintiff opposed the motion, Dkt. 114, and ANA–NY replied. Dkt. 118. On June 9, 2026, Judge Roemer issued a R&R, recommending that this Court grant Defendants' [98] and [104] motions to dismiss, but with leave to amend. Dkt. 127.

ANA–NY filed a limited objection to the R&R. Dkt. 133. It argues that the R&R erroneously found "that Plaintiff had Article III standing, that the claim is timely, and that leave to amend should be granted." *Id.* at 14.[2] Plaintiff filed a "Reply to the Magistrate Judge's [R&R]" accepting the dismissal of her claims against ANA and ANA–NY. Dkt. 135. Plaintiff "decline[d] the Court's invitation to file an Amended Complaint against the [ANA and ANA–NY defendants] . . . ." *Id.* at ¶ 2.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. See 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P.

---

[2] Page numbers refer to the CM/ECF generated numbering in the header of each page.

72(b)(3).  But neither 28 U.S.C. § 636 nor Federal Rule of Civil Procedure 72 requires a district court to review the recommendation of a magistrate judge to which no objections are raised.  *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court carefully reviewed the R&R and the relevant record.  Based on its *de novo* review, the Court accepts Judge Roemer's recommendation.

For the reasons above and in the R&R, Defendants' [98] and [104] motions to dismiss are GRANTED.  As a result, the claims in the Third Amended Complaint as to ANA and ANA–NY are DISMISSED without leave to amend.  The Court refers the case back to Judge Roemer for further proceedings consistent with the referral order at Dkt. 25.

SO ORDERED.

Dated:        July 22, 2026
              Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

3